UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREENLAND, DANNY HARLAN and | ) | CASE NO.: 10-10511 |
| GREENLAND, KATHERINE INEZ | ) | <u>CHAPTER 7 BANKRUPTCY</u> |
| | ) | |
| Debtors. | ) | |

## **<u>NOTICE PURSUANT TO F.R.B.P. 3010</u>**

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| Claim # | Credit Name | Address | Amount of Dividend Check |
|---|---|---|---|
| 1. | Atlas Acquisitions, LLC | 294 Union St, Hackensack, NJ 07601 | .36 |
| 2. | American Infosource, LP | American Infosource, LP as agent for Citibank (South Dakota) N.A., P.O. Box 248840, Oklahoma City, OK 73124-8840 | 3.35 |
| 3. | American Infosource, LP | American Infosource, LP as agent for Citibank (South Dakota) N.A., P.O. Box 248840, Oklahoma City, OK 73124-8840 | .03 |
| 4. | Merchants Retail Credit Association, INC | P.O. Box 11285 – 333 E Washington Blvd, Fort Wayne, IN 46857 | .01 |
| 5. | United Telephone Company of Indiana, Inc. | P.O. Box 7971, Shawnee Mission, KS 66207-0971 | .07 |
| 6. | Chase Bank USA, N.A. | P.O. Box 15145, Wilmington DE 19850-5145 | .06 |
| 7. | Chase Bank USA, N.A. | P.O. Box 15145, Wilmington DE 19850-5145 | 1.60 |
| 8. | Noble County Disposal, Inc | 1973 E US HWY 6, Albion, IN 46709 | .01 |
| 9. | Cameron Memorial Community Hospital | 416 E Maumee Street, Angola, IN 46703 | .06 |
| 10. | Statewide Credit Association, Inc | 6640 Intech Blvd, Ste 200, Indianapolis, IN 46278 | .07 |
| 11. | Asset Acceptance, LLC | P.O. Box 2036, Warren MI 48090 | .07 |
| 12. | Dave's Diesel Incorporated | Perry Law Office, P.C., 1010 Memorial Way, Suite 102, Fort Wayne, IN 46805 | .78 |

| 14. | Capital Recover III LLC | c/o Recovery Management Systems Corporation, 25 SE 2nd Avenue, Suite 1120, Miami FL 33131-1605 | .06 |
|---|---|---|---|
| 15. | Capital Recover III LLC | c/o Recovery Management Systems Corporation, 25 SE 2nd Avenue, Suite 1120, Miami FL 33131-1605 | .08 |
| 16. | Capital Recover III LLC | c/o Recovery Management Systems Corporation, 25 SE 2nd Avenue, Suite 1120, Miami FL 33131-1605 | .13 |
| 17. | Capital Recover III LLC | c/o Recovery Management Systems Corporation, 25 SE 2nd Avenue, Suite 1120, Miami FL 33131-1605 | .09 |
| 18. | Capital Recover III LLC | c/o Recovery Management Systems Corporation, 25 SE 2nd Avenue, Suite 1120, Miami FL 33131-1605 | .31 |
| 20. | Citibank South Dakota NA | 4740 121st Street, Urbandale, IA 50323 | .03 |
| 21. | Summit Radiology | Snow & Sauerteig LLP, 203 E Berry Street, Ste 1310, Fort Wayne, IN 46802 | .01 |
|  |  | TOTAL: | $7.18 |

Respectfully submitted,

/s/ Dustin M. Roach, Chapter 7 Panel Trustee
Dustin M. Roach, Chapter 7 Panel Trustee
436 East Wayne Street
Fort Wayne, IN 46802
(260) 424-8132

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 27th day of May, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

　　/s/ Dustin M. Roach
　　Dustin M. Roach